U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Sheldon Langendorf and Estelle Langendorf, indiv and on behalf of all others similarly situated
v.
Conseco Senior Health Insurance Company and Conseco, Inc.

Case Number: 08 CV 3914

**FILED: JULY 9, 2008**
**08CV3914**
**JUDGE CASTILLO**
**MAGISTRATE JUDGE ASHMAN**
**AEE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Conseco Senior Health Insurance Company and Conseco, Inc.

| NAME (Type or print) |  |
|---|---|
| Mark B. Ruda |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Mark B. Ruda | |
| FIRM | |
| Condon and Cook, LLC | |
| STREET ADDRESS | |
| 745 N. Dearborn Street | |
| CITY/STATE/ZIP | |
| Chicago, IL 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6186125 | 312-266-1313 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |