**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Sheldon Langendorf and Estelle Langendorf, indiv and on behalf of all others similarly situated<br>v.<br>Conseco Senior Health Insurance Company and Conseco, Inc. | Case Number: 08 CV 3914<br>**FILED: JULY 9, 2008**<br>**08CV3914**<br>**JUDGE CASTILLO**<br>**MAGISTRATE JUDGE ASHMAN**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Conseco Senior Health Insurance Company and Conseco, Inc.

| |
|---|
| NAME (Type or print)<br>Bradley S. Levison |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Bradley S. Levison |
| FIRM<br>Condon and Cook, LLC |
| STREET ADDRESS<br>745 N. Dearborn Street |
| CITY/STATE/ZIP<br>Chicago, IL 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280465 | TELEPHONE NUMBER<br>312-266-1313 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐