IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELDON LANGENDORF and ESTELLE LANGENDORF, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY and CONSECO, INC., and DOES 1-20,<br><br>Defendants. | CIVIL ACTION NO.<br><br>08 CV 3914<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF FILING

To: Larry D. Drury, Esq.
Ilan J. Chorowsky, Esq.
Larry D. Drury, Ltd.
205 West Randolph Street
Suite 1430
Chicago, Illinois 60606

Clerk of Court
U.S. District Court Northern District of Illinois
Eastern Division
219 S. Dearborn Street, Room 2050
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on the 10th day of July, 2008, we filed the enclosed **Appearance for Mark B. Ruda and Appearance for Bradley S. Levison** in the U.S. District Court for the Northern District of Illinois, a copy of which is attached hereto and made a part hereof.

ARDC No.: 6186125
CONDON & COOK, L.L.C.
745 North Dearborn Street
Chicago, Illinois 60654
(312) 266-1313

/s/ Mark B. Ruda
One of the Attorneys for Defendants

## CERTIFICATE OF LAWYER

The undersigned hereby certifies that on July 10, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Larry D. Drury, Esq.
Ilan J. Chorowsky, Esq.
Larry D. Drury, Ltd.
205 West Randolph Street
Suite 1430
Chicago, Illinois 60606

/s/ Mark B. Ruda
One of the Attorneys for Defendants