IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELDON LANGENDORF and ESTELLE LANGENDORF, individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY and CONSECO, INC., and DOES 1-20,<br><br>  Defendants. | `FILED: JULY 9, 2008`<br>`08CV3914`<br>`JUDGE CASTILLO`<br>`MAGISTRATE JUDGE ASHMAN`<br>`AEE`<br>  CIVIL ACTION NO.<br><br>_____ |

## DEFENDANTS CONSECO SENIOR HEALTH INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the Northern District of Illinois, the undersigned counsel for Conseco Senior Health Insurance Company certifies the following:

The ultimate parent company of Conseco Senior Health Insurance Company is Conseco, Inc. Conseco, Inc. is a publicly traded company. Conseco Senior Health Insurance Company has no other publicly traded affiliate.

DATED this 9th day of July, 2008.

Respectfully submitted,

s/ Mark B. Ruda
Mark B. Ruda
mruda@condoncook.com

Condon & Cook, LLC
745 North Dearborn Street
Chicago, Illinois 60654
Telephone: (312) 266-1313
Facsimile: (312) 266-8148

*Attorney for Defendants, Conseco Senior Health Insurance Company and Conseco, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing same in U.S. Mail, postage prepaid and properly addressed, on this the 9th day of July 2008:

Larry D. Drury, Esq.
Ilan J. Chorowsky, Esq.
Larry D. Drury, Ltd.
205 West Randolph Street
Suite 1430
Chicago, Illinois 60606

s/ Mark B. Ruda
OF COUNSEL