IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SHELDON LANGENDORF and ESTELLE LANGENDORF, individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CONSECO SENIOR HEALTH INSURANCE COMPANY and CONSECO, INC., and DOES 1-20,**<br><br>**Defendants.** | FILED: JULY 9, 2008<br>08CV3914<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE ASHMAN<br>AEE<br>CIVIL ACTION NO.<br><br>_____ |

**DEFENDANT CONSECO, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the Northern District of Illinois, the undersigned counsel for Conseco, Inc. certifies the following:

Conseco, Inc. has no "affiliates," as defined in Local Rule 3.2, and no publicly held corporation owns 10% or more of its stock. Conseco, Inc. is a publically traded company.

DATED this 9th day of July, 2008.

1

Respectfully submitted,

s/ Mark B. Ruda
Mark B. Ruda
mruda@condoncook.com

Condon & Cook, LLC
745 North Dearborn Street
Chicago, Illinois  60654
Telephone:  (312) 266-1313
Facsimile:  (312) 266-8148

*Attorney for Defendants, Conseco Senior Health Insurance Company and Conseco, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing same in U.S. Mail, postage prepaid and properly addressed, on this the 9th day of July 2008:

Larry D. Drury, Esq.
Ilan J. Chorowsky, Esq.
Larry D. Drury, Ltd.
205 West Randolph Street
Suite 1430
Chicago, Illinois  60606

s/ Mark B. Ruda
OF COUNSEL