**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **SHELDON LANGENDORF and ESTELLE LANGENDORF, individually and On Behalf of All Others Similarly Situated,** | ) ) ) ) | |
| | ) | **CIVIL ACTION NO.** |
| **Plaintiffs,** | ) ) | **08 CV 3914** |
| **v.** | ) ) | **Judge Ruben Castillo** |
| **CONSECO SENIOR HEALTH INSURANCE COMPANY and CONSECO, INC., and DOES 1-20,** | ) ) ) ) | **Magistrate Judge Martin C. Ashman** |
| **Defendants.** | ) | |

## NOTICE OF MOTION

To:     Larry D. Drury, Esq.
         Ilan J. Chorowsky, Esq.
         Larry D. Drury, Ltd.
         205 West Randolph Street
         Suite 1430
         Chicago, Illinois  60606

On **July 23, 2008 at 9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Judge Ruben Castillo or any judge sitting in his stead, in the courtroom usually occupied by her in Room 2141 of the United States District Court for the Northern District of Illinois Eastern Division, Chicago, Illinois and shall then and there present the enclosed **Defendants Conseco, Inc's and Conseco Senior Health Insurance Company's Motion to Dismiss**.

ARDC No.: 6186125
CONDON & COOK, L.L.C.
745 North Dearborn Street                    /s/ Bradley Levison_____
Chicago, Illinois  60654                          Bradley S. Levison
(312) 266-1313                                        One of the Attorneys for Defendants

## CERTIFICATE OF LAWYER

The undersigned hereby certifies that on July 11, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Larry D. Drury, Esq.
Ilan J. Chorowsky, Esq.
Larry D. Drury, Ltd.
205 West Randolph Street
Suite 1430
Chicago, Illinois  60606

/s/ Bradley S. Levison_____
One of the Attorneys for Defendants