## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SHELDON LANGENDORF and ESTELLE LANGENDORF, individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY and CONSECO, INC., and DOES 1-20, )<br><br>Defendants. ) | CIVIL ACTION NO.<br><br>08 CV 3914<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Martin C. Ashman |

### NOTICE OF FILING

To:   Larry D. Drury, Esq.
      Ilan J. Chorowsky, Esq.
      Larry D. Drury, Ltd.
      205 West Randolph Street
      Suite 1430
      Chicago, Illinois  60606

      Clerk of Court
      U.S. District Court Northern District of Illinois
      Eastern Division
      219 S. Dearborn Street, Rm 2050
      Chicago, Illinois 60604

     PLEASE TAKE NOTICE that on the 11th day of July, 2008, we filed the enclosed **Defendant Conseco Senior Health Insurance Company's Answer to Plaintiffs' Class Action Complaint** in the U.S. District Court for the Northern District of Illinois, a copy of which is attached hereto and made a part hereof.

ARDC No.: 6186125
CONDON & COOK, L.L.C.
745 North Dearborn Street            /s/ Mark B. Ruda
Chicago, Illinois 60654               One of the Attorneys for Defendants
(312) 266-1313

## **CERTIFICATE OF LAWYER**

The undersigned hereby certifies that on July 11, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Larry D. Drury, Esq.
Ilan J. Chorowsky, Esq.
Larry D. Drury, Ltd.
205 West Randolph Street
Suite 1430
Chicago, Illinois  60606

/s/ Mark B. Ruda
One of the Attorneys for Defendants


/s/ Bradley S. Levison
One of the Attorneys for Defendants