**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHELDON LANGENDORF and ESTELLE LANGENDORF, individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY and CONSECO, INC., and DOES 1-20,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>08 CV 3914<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF FILING

To:    Larry D. Drury, Esq.
       Ilan J. Chorowsky, Esq.
       Larry D. Drury, Ltd.
       205 West Randolph Street
       Suite 1430
       Chicago, Illinois 60606

       Clerk of Court
       U.S. District Court Northern District of Illinois
       Eastern Division
       219 S. Dearborn Street, Rm 2050
       Chicago, Illinois 60604

      PLEASE TAKE NOTICE that on the 11th day of July, 2008, we filed the enclosed **Defendant Conseco, Inc's Answer to Plaintiffs' Class Action Complaint** in the U.S. District Court for the Northern District of Illinois, a copy of which is attached hereto and made a part hereof.

ARDC No.: 6186125
CONDON & COOK, L.L.C.
745 North Dearborn Street                         /s/ Mark B. Ruda
Chicago, Illinois 60654                           One of the Attorneys for Defendants
(312) 266-1313

## **CERTIFICATE OF LAWYER**

The undersigned hereby certifies that on July 11, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Larry D. Drury, Esq.
Ilan J. Chorowsky, Esq.
Larry D. Drury, Ltd.
205 West Randolph Street
Suite 1430
Chicago, Illinois  60606

/s/ Mark B. Ruda_____
One of the Attorneys for Defendants


/s/ Bradley S. Levison_____
One of the Attorneys for Defendants