**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **SHELDON LANGENDORF and ESTELLE LANGENDORF, individually and On Behalf of All Others Similarly Situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | **CIVIL ACTION NO.** |
| **v.** | ) ) ) | **1:08-cv-03914** |
| **CONSECO SENIOR HEALTH INSURANCE COMPANY and CONSECO, INC.,** | ) ) ) ) | **Honorable Ruben Castillo** |
| **Defendants.** | ) ) | |

**DEFENDANT CONSECO SENIOR HEALTH INSURANCE COMPANY'S
MOTION TO DISMISS**

**COMES NOW**, Defendant Conseco Senior Health Insurance Company ("Conseco Senior"), by and through its undersigned counsel, and pursuant Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves the Court to dismiss Plaintiffs' claim brought under the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 Ill. Comp. Stat. § 505/1 *et seq*. In support of this Motion, Conseco Senior states as follows:

1.     The Court should dismiss the Plaintiffs' claim under the ICFA because it is solely based on an alleged breach of contract and, under Illinois law, an ICFA claim cannot be based on such allegations alone.

2.     In further support of this Motion, Conseco Senior incorporates by reference the Memorandum of Law filed contemporaneously herewith.

**WHEREFORE, PREMISES CONSIDERED,** Conseco Senior Health Insurance Company respectfully requests that the Court dismiss with prejudice Plaintiffs' ICFA claim

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Conseco Senior requests such

other, further, and different relief as this Court deems appropriate.

s/ Paul P. Bolus
Paul P. Bolus (*Pro Hac Vice*)
pbolus@bradleyarant.com
Gary L. Howard (*Pro Hac Vice*)
ghoward@bradleyarant.com
D. Brian O'Dell (*Pro Hac Vice*)
bodell@bradleyarant.com
Jason A. Walters (*Pro Hac Vice*)
jwalters@bradleyarant.com

Bradley Arant Rose & White LLC
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 521-8000
Facsimile:  (205) 521-8800


Bradley S. Levinson
blevinson@condoncook.com
Mark B. Ruda
mruda@condoncook.com

Condon & Cook
745 North Dearborn Street
Chicago, Illinois  60654
Telephone:  (312) 266-1313

*Attorney for Defendants, Conseco Senior Health*
*Insurance Company and Conseco, Inc.*

## CERTIFICATION OF COMPLIANCE

Counsel for Conseco Senior certifies that it complied with the Court's motion practice guidelines by sending a letter to Plaintiffs' counsel summarizing the legal and factual grounds for this motion and making a sincere effort to resolve the issues raised herein.  No response has been received from Plaintiffs' counsel.

s/ Paul P. Bolus
OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Larry D. Drury, Esq.
Ilan J. Chorowsky, Esq.
Larry D. Drury, Ltd.
205 West Randolph Street
Suite 1430
Chicago, Illinois  60606

s/ Paul P. Bolus
OF COUNSEL