IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELDON LANGENDORF and ESTELLE LANGENDORF, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY and CONSECO, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:08-cv-03914<br><br>Honorable Ruben Castillo |

### NOTICE OF DEFENDANT CONSECO SENIOR HEALTH INSURANCE COMPANY'S MOTION TO DISMISS

TO:   Larry D. Drury, Esq.
      Ilan J. Chorowsky, Esq.
      Larry D. Drury, Ltd.
      205 West Randolph Street
      Suite 1430
      Chicago, Illinois  60606

**PLEASE TAKE NOTICE** that on September 2, 2008 at 9:45 a.m., the undersigned counsel will appear before the Honorable Judge Ruben Castillo, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2141 of the United States District Court for the Northern District of Illinois, Eastern Division at Chicago, Illinois and present Defendant Conseco Senior Health Insurance Company's Motion To Dismiss, contemporaneously filed herewith.

1/1741186.1

       s/ Paul P. Bolus
       Paul P. Bolus (*Pro Hac Vice*)
       pbolus@bradleyarant.com
       Gary L. Howard (*Pro Hac Vice*)
       ghoward@bradleyarant.com
       D. Brian O'Dell (*Pro Hac Vice*)
       bodell@bradleyarant.com
       Jason A. Walters (*Pro Hac Vice*)
       jwalters@bradleyarant.com

       Bradley Arant Rose & White LLC
       One Federal Place
       1819 Fifth Avenue North
       Birmingham, Alabama  35203
       Telephone:  (205) 521-8000
       Facsimile:  (205) 521-8800


       Bradley S. Levinson
       blevinson@condoncook.com
       Mark B. Ruda
       mruda@condoncook.com

       Condon & Cook
       745 North Dearborn Street
       Chicago, Illinois  60654
       Telephone:  (312) 266-1313

       *Attorney for Defendants, Conseco Senior Health*
       *Insurance Company and Conseco, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Larry D. Drury, Esq.
      Ilan J. Chorowsky, Esq.
      Larry D. Drury, Ltd.
      205 West Randolph Street
      Suite 1430
      Chicago, Illinois  60606

                                          s/ Paul P. Bolus
                                          OF COUNSEL