IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELDON LANGENDORF and ESTELLE LANGENDORF, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY and CONSECO, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:08-cv-03914<br><br>Honorable Ruben Castillo |

**DEFENDANT CONSECO, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

**COMES NOW**, Conseco, Inc., pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully moves the Court to dismiss all of Plaintiffs Sheldon and Estelle Langendorf's claims against Conseco, Inc. In the alternative, Conseco, Inc. respectfully moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to dismiss Plaintiffs' claims against Conseco, Inc., as there are no genuine issues of material fact and Conseco, Inc. is entitled to judgment as a matter of law. In support of this Motion, Conseco, Inc. states as follows:

1.  The Court should dismiss the Plaintiffs' breach of contract claim against Conseco, Inc. because Conseco, Inc. has no contract with Plaintiffs. (<u>See</u> Insurance Policy, attached hereto as **Exhibit A**).

2. The Court should dismiss the Plaintiffs' claim under the ICFA because it is solely based on an alleged breach of contract and, under Illinois law, an ICFA claim cannot be based on such allegations alone.

3. Even if the Court found that the Plaintiffs stated an ICFA claim, apart from their breach of contract claim, however, the Plaintiffs' ICFA claim against Conseco, Inc. should still be dismissed because it is undisputed that Conseco, Inc. has no involvement in the claims review process and it does not decide whether to deny or to pay claims submitted by Conseco Senior Health Insurance Company's insureds, including the claims allegedly submitted by Plaintiffs. (See Affidavit of K. Kindig, attached hereto as **Exhibit B**).

4. Because the Plaintiffs' breach of contract and ICFA claims against Conseco, Inc. should be dismissed, Plaintiffs' request for declaratory relief against Conseco, Inc. should be denied.

5. In further support of this Motion, Conseco, Inc. incorporates by reference the Memorandum of Law filed contemporaneously herewith.

6. To the extent the Court finds it necessary to consider the affidavit submitted with this Motion and converts the Motion into a motion for summary judgment, Conseco, Inc. submits a statement of material facts pursuant to Local Rule 56.1(a).

**WHEREFORE, PREMISES CONSIDERED,** Conseco, Inc. respectfully requests that the Court dismiss with prejudice all of Plaintiffs' claims, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In the alternative, Conseco, Inc. respectfully requests that the Court dismiss with prejudice all of Plaintiffs' claims, pursuant to Rule 56 of the Federal Rules of Civil Procedure. Conseco, Inc. requests such other, further, and different relief as this Court deems appropriate.

s/ Paul P. Bolus
Paul P. Bolus (*Pro Hac Vice*)
pbolus@bradleyarant.com
Gary L. Howard (*Pro Hac Vice*)
ghoward@bradleyarant.com
D. Brian O'Dell (*Pro Hac Vice*)
bodell@bradleyarant.com
Jason A. Walters (*Pro Hac Vice*)
jwalters@bradleyarant.com

Bradley Arant Rose & White LLC
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 521-8000
Facsimile:  (205) 521-8800


Bradley S. Levinson
blevinson@condoncook.com
Mark B. Ruda
mruda@condoncook.com

Condon & Cook
745 North Dearborn Street
Chicago, Illinois  60654
Telephone:  (312) 266-1313

*Attorneys for Defendants, Conseco Senior Health Insurance Company and Conseco, Inc.*

## CERTIFICATION OF COMPLIANCE

Counsel for Conseco, Inc. certifies that it complied with the Court's motion practice guidelines by sending a letter to Plaintiffs' counsel summarizing the legal and factual grounds for this motion and making a sincere effort to resolve the issues raised herein. No response has been received from Plaintiffs' counsel.

s/ Paul P. Bolus
OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Larry D. Drury, Esq.
Ilan J. Chorowsky, Esq.
Larry D. Drury, Ltd.
205 West Randolph Street
Suite 1430
Chicago, Illinois  60606

s/ Paul P. Bolus
OF COUNSEL



# AMERICAN TRAVELLERS LIFE INSURANCE CO.
## FOUNDED 1897

**A STOCK COMPANY**
Warrington, Pennsylvania

(Referred To In This Policy, As "We", "Us" or "Our")

| POLICY NUMBER | NUMBER | 269093 | 12/27/91 | EFFECTIVE DATE |
| --- | --- | --- | --- | --- |
| INSURED | INSURED | SHELDON LANGENDORF | 3/27/92 | FIRST RENEWAL DATE |

In this Policy "you" or "your" refers to the insured named in the Schedule. Any Eligible Family Member named in the Schedule or added by rider at a later date will be referred to as "Covered Family Member". The term "Insured Person" refers to you or a Covered Family Member.

We agree to insure you and your Covered Family Members against loss due to Injury or Sickness to the extent stated in this Policy. Payment of benefits under this Policy will be subject to all of its terms.

### CONSIDERATION

This Policy is issued in consideration of: (1) the advance payment of the First Term Premium on or before the Effective Date; and (2) the statements contained in the attached application. This Policy is effective at 12 Noon, at your residence, on the Effective Date shown in the Schedule. It continues in force for the Term specified in the Schedule subject to the Grace Period. This Policy may be renewed for like terms in accordance with the Renewability Provision.

### NOTICE OF TEN DAY RIGHT TO EXAMINE POLICY

Within 10 days of receipt of this Policy, you may return it to us or our authorized agent for any reason. Immediately upon our receipt as stated, the Policy will be considered void from the beginning. Any premium paid will be refunded.

### RENEWABILITY
### GUARANTEED RENEWABLE

This Policy is guaranteed renewable for your lifetime. It may be kept in force by the timely payment of premiums. We cannot cancel the Policy as long as you pay the premiums.

We can change the renewal premium rates. We can only change them if they are changed for all policies in your state on this policy form. Renewal premiums due after a change is implemented will be based on the new rate. Notice of any change in rates will be sent at least 30 days in advance.

SUPPLEMENTAL HOSPITAL INCOME POLICY **SEE ADDITIONAL BENEFIT RIDER INSIDE**

ATL-HIP-85


EXHIBIT A



A STOCK COMPANY
Warrington, Pennsylvania

(Referred To In This Policy, As "We", "Us" or "Our")

**POLICY NUMBER**                                    **EFFECTIVE DATE**

**INSURED**                                          **FIRST RENEWAL DATE**

In this Policy "you" or "your" refers to the Insured named in the Schedule. Any Eligible Family Member named in the Schedule or added by rider at a later date will be referred to as "Covered Family Member". The term "Insured Person" refers to you or a Covered Family Member.

We agree to insure you and your Covered Family Members against loss due to Injury or Sickness to the extent stated in this Policy. Payment of benefits under this Policy will be subject to all of its terms.

### CONSIDERATION

This Policy is issued in consideration of: (1) the advance payment of the First Term Premium on or before the Effective Date; and (2) the statements contained in the attached application. This Policy is effective at 12 Noon, at your residence, on the Effective Date shown in the Schedule. It continues in force for the Term specified in the Schedule subject to the Grace Period. This Policy may be renewed for like terms in accordance with the Renewability Provision.

### NOTICE OF TEN DAY RIGHT TO EXAMINE POLICY

Within 10 days of receipt of this Policy, you may return it to us or our authorized agent for any reason. Immediately upon our receipt as stated, the Policy will be considered void from the beginning. Any premium paid will be refunded.

### RENEWABILITY
### GUARANTEED RENEWABLE

This Policy is guaranteed renewable for your lifetime. It may be kept in force by the timely payment of premiums. We cannot cancel the Policy as long as you pay the premiums.

We can change the renewal premium rates. We can only change them if they are changed for all policies in your state on this policy form. Renewal premiums due after a change is implemented will be based on the new rate. Notice of any change in rates will be sent at least 30 days in advance.

---

**SUPPLEMENTAL HOSPITAL INCOME POLICY**

---

ATL-HIP-85

**TABLE OF CONTENTS**                                                              Page

1.  BENEFITS
    Daily Hospital Benefit .................................................................. 5
2.  Death of Insured ........................................................................ 6
3.  Definitions ............................................................................... 2
4.  Exclusions and Limitations ............................................................. 5
5.  General Provisions ................................................................... 6,7
6.  Mentally or Physically Incapacitated Children ....................................... 5
7.  Newborn Children ...................................................................... 5
8.  Pre-existing Conditions Limitations ................................................... 5
9.  Termination of Coverage ............................................................... 6

**DEFINITIONS**

"Injury" means accidental bodily injury sustained by an Insured Person while this Policy is in force. Such injury must cause loss directly and independently of all other causes and result in loss covered by this Policy.

"Sickness" means sickness or disease of an Insured Person which is diagnosed or treated by a Physician after the Effective Date and while this Policy is in force.

A "Pre-Existing Condition" means a condition for which medical advice or treatment was recommended by a Physician or received from a Physician within a 5-year period immediately preceding the Effective Date of coverage.

"Eligible Family Member" means your:

(1) Spouse;
(2) Own unmarried dependent children, including adopted children up to 19 years of age who are supported by you;
(3) Stepchildren and foster children up to 19 years of age who are supported by you and permanently live with you in a parent-child relationship;
(4) Unmarried dependent children from age 19 to 24 years, including step or foster children if they are:
    (a) full-time students of an accredited junior college or university; and
    (b) supported by and live, if not at the college or university, with you.

A child is deemed to be supported by you if you contribute at least ½ of the cost of his or her support.

"Hospital" means an institution: (1) operated pursuant to law; (2) maintaining and operating on its premises facilities for the medical care and treatment of sick or injured persons on an inpatient basis for which a charge is made; and (3) which provides 24 hour nursing service by or under the supervision of registered graduate professional nurses (R.N.'s); and (4) which provides the services of one or more Physicians.

"Hospital" does not include: (1) convalescent homes; (2) convalescent, rest or nursing facilities; (3) facilities for the aged, drug or alcoholic rehabilitation; (4) facilities primarily affording custodial, rest, geriatric or educational care. A special unit primarily used for extended care or as a nursing, rest or convalescent home, shall not be considered a Hospital either.

"Physician" means any licensed practitioner of the healing arts operating within the scope of his or her license other than you or a member of your immediate family.

POLICY SCHEDULE

| | | | |
|---|---|---|---|
| POLICY NUMBER | 269093 | 12/27/91 | EFFECTIVE DATE |
| INSURED | SHELDON LANGENDORF | 3/27/92 | FIRST RENEWAL DATE |
| AGE | 64 | QUARTERLY | TERM |
| FIRST TERM PREMIUM | $505.00 | $496.00 | RENEWAL TERM PREMIUM |
| OTHER INSURED PERSONS | ESTELLE LANGENDORF | 130 | DAILY HOSPITAL INDEMNITY |

THE PREMIUM SHOWN ABOVE INCLUDES PREMIUMS FOR ANY BENEFIT RIDERS ISSUED ON THE SAME DATE AS THIS POLICY.

BENEFIT RIDERS ISSUED ON THE SAME DATE AS THE POLICY:

ONR-85 IL, OUTPATIENT PRIVATE DUTY NURSE RIDER: DAILY BENEFIT $50.00; MAXIMUM BENEFIT PERIOD FOR 100 DAYS.
XOD-85 , SUPPLEMENTAL MEDICAL, DIAGNOSTIC AND OUTPATIENT EXPENSE RIDER PAYS 20% OF THE USUAL, CUSTOMARY AND REASONABLE CHARGES WITH A $ .00 DEDUCTIBLE UP TO A $20,000 CALENDAR YEAR MAXIMUM.
ONR-86 IL, OUTPATIENT PRIVATE DUTY NURSE RIDER: DAILY BENEFIT $50.00; MAXIMUM BENEFIT PERIOD FOR 100 DAYS.
XOD-86 , SUPPLEMENTAL MEDICAL, DIAGNOSTIC AND OUTPATIENT EXPENSE RIDER PAYS 20% OF THE USUAL, CUSTOMARY AND REASONABLE CHARGES WITH A $ .00 DEDUCTIBLE UP TO A $20,000 CALENDAR YEAR MAXIMUM.

## DAILY HOSPITAL BENEFIT

We will pay this benefit when an Insured Person is necessarily confined in a Hospital due to Injury or Sickness. The amount we will pay is the Daily Hospital Indemnity amount set forth in the Schedule. We will pay that amount for each day the Insured Person continues: (1) to be so Hospital confined; and (2) to receive regular visits and treatment from a Physician. Payments can continue even for life. Only one Daily Hospital Indemnity amount is payable for the same day of confinement due to one or more Injuries or Sicknesses.

## PRE-EXISTING CONDITIONS LIMITATIONS

Pre-existing conditions named or not named in the application for an Insured Person's coverage are subject to limitations. Loss due to a condition named in the application will be covered only if such loss begins after six months have passed from the effective date of coverage. Loss due to a condition not named on the application will be covered only as to loss which begins after 2 years have passed from the effective date of coverage. We reserve the right to further exclude named conditions from coverage by endorsement. Please see the Time Limit on Certain Defenses provision on Page 6.

## EXCLUSIONS AND LIMITATIONS

This Policy does not cover loss caused by: (1) routine physical examinations; (2) injury or sickness for which compensation is payable under any Worker's Compensation or Occupational Disease Law; (3) declared or undeclared war or act thereof; (4) injury or sickness while in the military service of any country or international authority (We will refund to you pro rata all premiums paid for that portion of any period of such service.); (5) mental, nervous or emotional disorders without demonstrable organic origin; (6) custodial or intermediate care confinement in a Hospital, Extended Care Facility or Nursing Home; (7) normal pregnancy, childbirth or miscarriage (Complications of pregnancy are covered.); (8) charges for services, use of facilities or supplies that the Insured Person is not legally obligated to pay; (9) dental services, except for injury to sound, natural teeth.

## NEWBORN CHILDREN

Newborn children are covered at birth. Coverage is provided for 31 days. For this coverage to continue beyond 31 days you must:

(1) notify us of the birth; and

(2) pay any required premium.

Notice must be received within 31 days.

Newborn coverage shall include medically diagnosed congenital defects, birth abnormalities, prematurity and routine nursery care when the child is ill or injured.

## MENTALLY OR PHYSICALLY INCAPACITATED CHILDREN

This Policy will continue to insure any child who is mentally or physically incapable of earning his or her own living if:

(1) termination is called for because of age;
(2) we receive proof of such incapacity within 31 days of the termination date;
(3) this Policy stays in force;
(4) the incapacity continues;
(5) the appropriate premium (the attained age rate) is paid.

## TERMINATION OF COVERAGE

The insured spouse's coverage terminates on the day before the premium due date following the date of divorce or legal separation from you.

A child's coverage terminates on the day before the premium due date that follows the earliest of such child's:

(1) 19th birthday (24th if a full-time student);
(2) marriage;
(3) termination of dependency on you.

Coverage for an insured child may be continued only so long as coverage is in force for you or your spouse.

If we accept any premium subsequent to any period of eligibility, insurance will continue until the end of the period for which premium was accepted.

Any termination is without prejudice to any continuous claim beginning while this Policy was in force.

## DEATH OF INSURED

If you die while this Policy is in force and:

(1) If your spouse is an Insured Person then:
  (a) the spouse becomes the Insured; and
  (b) a change in premium is made.
(2) If the spouse is not an Insured Person, all coverage will terminate on the day before the next premium due date.

## GENERAL PROVISIONS

**ENTIRE CONTRACT: CHANGES:** This Policy, including any attached papers, constitutes the entire contract. No change is valid until: (1) approved by one of our executive officers; and (2) endorsed hereon or attached hereto. No agent has authority to change this Policy or to waive any of its provisions.

**TIME LIMIT ON CERTAIN DEFENSES:** (a) After 2 years from the effective date of an Insured Person's coverage, no misstatements, except fraudulent ones, made in the application for that coverage may be used to void this Policy, or that coverage, or deny a claim for loss incurred commencing after the 2 year period. (b) No claim for loss incurred commencing after 2 years from the effective date of an Insured Person's coverage will be reduced or denied because a sickness or physical condition, not excluded by name or specific description effective on the date of loss, had existed before that effective date of coverage.

**GRACE PERIOD:** A grace period of 31 days is granted for the payment of each premium due after the first premium, during which time the Policy continues in force.

**REINSTATEMENT:** If the renewal premium is not paid before the Grace Period ends, this policy will lapse. Later acceptance of the premium by us, or by our agent authorized to accept payment, without requiring an application for reinstatement will reinstate this Policy.

If we require a reinstatement application, you will be issued a conditional receipt for the premium. If we approve your reinstatement application, this Policy will be reinstated as of the date of our approval. If we disapprove your application, we must do so in writing within 45 days of the conditional receipt. Otherwise, your Policy will be reinstated 45 days after the date of the conditional receipt.

The reinstated Policy will cover only loss resulting from accidental injury as may occur after the date of reinstatement and loss due to sickness as may begin more than 10 days after that date. In all other respects, both your rights and our rights under this Policy will be the same as before termination. Any premiums we accept for a reinstatement will be applied to a period for which premiums have not been paid. No premium will be applied to any period more than 60 days before the date of reinstatement.

**NOTICE OF CLAIM:** We must receive written notice of claim within 60 days of loss. If not, as soon as reasonably possible. Notice to us at our Home Office or to one of our authorized agents is acceptable.

**CLAIM FORMS:** We will furnish forms to prove loss. We will do so upon our receipt of notice of claim. If forms are not furnished within 15 days, the claimant will be considered to have complied if, within the time for filing proofs, the claimant gives us written proof specifically describing the loss.

## GENERAL PROVISIONS (Continued)

**PROOFS OF LOSS:** The claimant must give us written proof of loss within 90 days of it happening. If he or she has a good reason for not doing so, we will not contest the claim. However, the claimant must give us proof no later than 1 year from the time normally required unless legally incapable.

**TIME OF PAYMENT OF CLAIMS:** Benefits payable under this Policy for any loss other than loss for which periodic payment is provided will be paid immediately upon receipt of written proof of loss. Subject to written proof of loss, all accrued benefits for loss for which periodic payment is provided will be paid monthly. Any balance remaining unpaid at the end of our liability will be paid immediately upon receipt of written proof.

**PAYMENT OF CLAIMS:** All benefits will be payable to you. Any accured benefits unpaid at the Insured's death will be paid to your estate.

**PHYSICAL EXAMINATION:** At our expense, we shall have the right and opportunity to examine any claimant when and as often as we may reasonably require while a claim is pending.

**LEGAL ACTIONS:** No legal or equitable action shall be brought to recover on this Policy sooner than 60 days after written proof of loss has been furnished. No action shall be brought after the end of 3 years from the time written proof of loss is required.

**MISSTATEMENT OF AGE:** If the age of any Insured Person is misstated, all amounts payable shall be such as the premium paid would have purchased at the correct age.

**CONFORMITY WITH STATE STATUTES:** Any provision of this Policy, which on its Effective Date conflicts with the laws of the state in which you reside on such date, is hereby amended to conform to the minimum requirements of such laws.

**UNPAID PREMIUM:** When a claim is paid, any premium due and unpaid may be deducted from the claim payment.

**ILLEGAL OCCUPATION:** We will not be liable for loss due to an Insured Person being engaged in an illegal occupation or for which a contributing cause was that person's commission or attempt to commit a felony.

**INTOXICANTS AND NARCOTICS:** We will not be liable for loss due to an Insured Person being intoxicated or being under the influence of a narcotic unless administered on a Physician's advice.

IN WITNESS WHEREOF, we have caused this Policy to be signed by our President and Secretary.

*Susan Mankowski*
Secretary

*John A. Powell*
President

Countersignature of Licensed Resident Agent: _____
(If required by the state)

# AMERICAN TRAVELLERS LIFE INSURANCE COMPANY
Warrington, Pennsylvania

## SUPPLEMENTAL MEDICAL, DIAGNOSTIC AND OUTPATIENT EXPENSE RIDER

### Rider Schedule

Insured Person(s):

Policy No. _____

Rider Date _____

Rider Premium $ _____

per _____

Benefit Percentage _____%    Deductible Amount $ _____    Maximum Benefit. $ _____

*The above Schedule will be used only as needed. If an entry is omitted from the Rider Schedule, that item will be as stated: (a) in the Policy's Schedule; or (b) elsewhere in this rider.*

This rider is a part of the policy bearing the Policy Number shown above. If no Policy Number is shown above, this rider will be a part of the policy to which it is attached; that policy will be called "the Policy" in this rider. Except as stated in this rider, all terms, conditions, limits and exceptions of the Policy apply to this rider as to the Policy.

This rider is issued in consideration of: (1) the statements in the application for it; and (2) advance payment of the first Rider Premium. If the Rider Premium is not shown above, it will be included in the premium for the Policy.

### EFFECTIVE DATE

This rider takes effect as of the Rider Date. If no Rider Date is shown above, this rider takes effect at the same time as the Policy.

### DEFINITIONS

As used in this rider:

"Insured Person" means a person covered under this rider. The Insured Person(s) under this rider will be as shown in the Rider Schedule. If the Insured Person(s) is (are) not shown in the Rider Schedule, the person(s) covered under this rider will be the same as under the Policy;

"Calendar Year" means the period of time which begins at 12:01 A.M. on January 1 of any year and ends at 12:01 A.M. on the next January 1;

"Reasonable Expense" means only the expense incurred for those charges which do not exceed the usual and customary charges for the services rendered and the supplies furnished in the area where those services or supplies are provided; and

"Physician" means any duly licensed medical practitioner who is: (1) acting within the scope of his or her license; and (2) not an Insured Person or a member of an Insured Person's immediate family.

### BENEFITS

Benefits will be paid for certain Covered Expense (as defined below) incurred by an Insured Person due to injury or sickness and while that person is covered under this rider. The amount which will be paid will be equal to the stated Benefit Percentage (%) of such Covered Expense incurred during a Calendar Year by that person in excess of the Deductible Amount, provided that:

(1) No benefit will be paid under this rider for the Deductible Amount of Covered Expense incurred by each Insured Person during each Calendar Year; and

(2) Not more than the Maximum Benefit will be paid for all Covered Expense incurred by any one Insured Person during any one Calendar Year.

If the Benefit Percentage, the Deductible Amount or the Maximum Benefit is not shown in the Rider Schedule, it will be shown in the Policy's Schedule.

(Continued on Reverse Side)

MOD-85-

(Continued from Reverse Side)

**Covered Expense:** In this rider, "Covered Expense" means the Reasonable Expense (as defined above) actually incurred by an Insured Person on the advice of a Physician for:

(1) The medical or surgical services of a Physician, including the administration of anesthesia;
(2) Diagnostic tests and procedures performed by a Physician as a part of the Insured Person's treatment;
(3) Professional radiology or pathology services by a Physician while the Insured Person is an inpatient in a hospital;
(4) X-rays made, and the services of a Physician's office nurse received, in the Physician's office as a part of the Insured Person's treatment;
(5) Services furnished in a hospital emergency room or outpatient clinic;
(6) Outpatient laboratory tests and X-ray and other radiology services billed by the hospital;
(7) Medical supplies, such as splints or casts, and drugs and biologicals which cannot be self-administered, when furnished on an outpatient basis by a hospital or in a Physician's office. (Rental or purchase of durable equipment, such as a wheelchair or oxygen equipment, is not a Covered Expense);
(8) Physical therapy and speech pathology services furnished the Insured Person as a hospital outpatient or in a Physician's office; and
(9) Medically necessary ambulance transportation between an Insured Person's home and a hospital or skilled nursing facility or between hospitals and skilled nursing facilities, but only if transportation in any other vehicle could endanger the patient's health.

## EXCLUSIONS

In addition to any exclusions in the Policy, no benefits are payable under this rider for:

(a) Routine physical examinations or tests directly related to them;
(b) Eye or hearing examinations for prescribing or fitting eyeglasses or hearing aids;
(c) Dental services unless required due to injury;
(d) Routine foot care, including hygienic care, treatment for flat feet or other structural misalignments of the feet and removal of corns, warts (except plantar warts) and calluses;
(e) Immunization unless required due to injury or immediate risk of infection;
(f) Cosmetic surgery unless required due to injury or to improve the functioning of a malformed part of the body;
(g) Normal pregnancy, childbirth, miscarriage, elective caesarean section or elective abortion;
(h) Any expense in excess of Reasonable Expense.

## TERMINATION

This rider will terminate on the earlier of:

(a) the date the Policy terminates; or
(b) the end of the last period for which the premium required to keep this rider in force is paid, subject to "Grace Period" in the Policy.

In witness of the above, AMERICAN TRAVELLERS LIFE INSURANCE COMPANY has caused this rider to be signed by its President.

*John A. Powell*
President

MOD-85

| HOME OFFICE USE ONLY | POLICY NUMBERS 209093 | ISSUE DATE 12-27-91 | RENEWAL DATE 3-27-92 | CODE 27904 | ISSUE DATE REQUESTED 27903 |
|---|---|---|---|---|---|

| Policy Form Number | Hospital Indemnity Benefits | Riders | | Riders | | Total Initial Premium |
|---|---|---|---|---|---|---|
| HIP 2 | $130 ☒ Daily ☐ Weekly | Form No ONE MOD | Benefit Amount $50.00 $20.00 | Form No | Benefit Amount $ $ | $505.94 Total Renewal Premium $495.94 |

**PLEASE PRINT IN BLACK INK**  Application to AMERICAN TRAVELLERS LIFE INSURANCE COMPANY For HEALTH INSURANCE    Term 3 Months

1  (a) FULL NAME OF PROPOSED INSURED (Print) SHELDON PHILIP LANGENDORF
(b) Social Security Number   (c) Sex M   (d) Marital Status M   (e) Height 5'10   (f) Weight 191   (g) Date of Birth 27   (h) Age 64   Telephone Number Area Code

2  Residence Address with Zip Code  NORTHBROOK, IL 60062

3  Are you now covered (a) under Medicare Part A? Yes ☐ No ☒, (b) under Medicare Part B? Yes ☐ No ☒

4  Are you applying for coverage for your Spouse? Yes ☒ No ☐   Spouse's Name ESTELLE BEA   Birth Date

5  QUALIFYING REQUIREMENTS: If the answer to either of these questions is "Yes" with respect to the Proposed Insured, the policy WILL NOT BE ISSUED. If "Yes" with respect to the proposed Insured spouse, spouse coverage will not be provided
A  In the last 2 years has either applicant had any (1) kidney disorder requiring dialysis or (2) amputation due to diabetes or circulatory problems; or has either one been treated for internal cancer in the last 6 months? Proposed Insured: Yes ☐ No ☒   Spouse: Yes ☐ No ☒
B  Has either applicant been confined in a hospital or nursing home in the last 2 months for, heart disease, stroke, Multiple Sclerosis, Parkinson's Disease, diabetes, rheumatoid arthritis, or hip fracture? Proposed Insured: Yes ☐ No ☒   Spouse: Yes ☐ No ☒

6  List all conditions for which you and your spouse (if proposed for insurance) are currently being treated or have been treated in the last 5 years. If none, enter "None" for the applicable person. IMPORTANT: INCLUDE NAME OF EACH APPLICANT, EXACT NATURE OF ILLNESS OR INJURY, DATE(S) OF EXAMINATION(S) AND TREATMENT(S) RECEIVED, AND PROGNOSIS. ALSO INCLUDE FULL NAME AND ADDRESS OF ALL PHYSICIANS AND HOSPITALS INVOLVED IN THE CARE AND TREATMENT OF EACH APPLICANT IN THE LAST 5 YEARS  Use reverse side or separate sheet if more space is needed. SHELDON — ESTELLE ON ATTACHED SHEET

MINOR INJURIES TO FOOT VARIOUS TIMES  DR LAWRENCE HETRICK,  MEADOW RD, NORTHBROOK, IL 60062
PASSED GALL STONE 12/90 HIGHLAND PARK HOSPITAL, 718 GLENVIEW AVE, HIGHLAND PARK, IL 60035
DR GERALD BUCHMAN, 625 ROGER WILLIAMS, HIGHLAND PARK, IL 60035

7  Pre-existing conditions are health conditions of an insured person for which medical advice or treatment was recommended by or received from a physician in the last 5 years  Do you understand that loss due to any such condition disclosed in this application will not be covered for the first 6 months the policy is in force as to that person and loss due to any condition not disclosed will not be covered until the policy has been in force for 2 years as to that person? Yes ☒ No ☐

8  List all Health insurance in force in this or any Company  State if any such coverage is to be replaced or changed by the insurance being applied for  If so, have you received the required notice form regarding replacement? Yes ☐ No ☐

| Name of Company | Policy No | Type of Coverage | Coverage Amount | To Be Replaced? |
|---|---|---|---|---|
| NAT'L COUNCIL OF ALLIED EMP | UNION | MAJOR MEDICAL | 3,000,000 LIFETIME covered thru 65 | Yes ☐ No ☒ |
| | | | | Yes ☐ No ☐ |
| | | | | Yes ☐ No ☐ |

9  Is the policy applied for suitable for your insurance needs and are you able to afford this insurance? Yes ☒ No ☐

I have read this application  I understand each of the questions  I represent that the answers and statements are correctly written as given by me and are true and complete to the best of my knowledge and belief. I agree that the Company is not bound by any statement made by or to any agent unless written herein  I certify that I have received from the agent any required outline of coverage and Medicare Supplement Buyer's Guide.

I hereby authorize any insurance company, hospital, nursing home or other medical facility, physician or other medical practitioner having any information or knowledge of me or my health, or that of my Spouse named above, to give such information to American Travellers Life Insurance Company  I agree that a photocopy of this authorization shall be as valid as the original

Dated at Northbrook, Il  this 27th day of Dec  19 91
X [signature]  Proposed Insured's Signature
X [signature]  Proposed Insured Spouse's Signature

I have reviewed the current health insurance coverage of the Proposed Insured and find that additional coverage of the type and amount applied for is appropriate for the Proposed Insured's needs. I certify: (1) I have accurately recorded information supplied by the Proposed Insured; (2) I have given any required outline of coverage and Medicare Supplement Buyer's Guide to the Proposed Insured at the time application was made

X [signature]  SHELDON P LANGENDORF   27903
Signature of Agent   Name of Agent (Print)   Agent's Code

APP-HIP2-86    01 10 95

*Personal Identifying Information Redacted*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELDON LANGENDORF and ESTELLE LANGENDORF, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY and CONSECO, INC., and DOES 1-20,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:08-cv-03914<br><br>Honorable Ruben Castillo |

## AFFIDAVIT OF KARL KINDIG

1.My name is Karl Kindig. I am a resident of Indiana. I am over twenty-one (21) years of age, am of sound mind, and am competent to make this declaration.

2.I am the Secretary for Conseco, Inc. In my position as Secretary, I am familiar with Conseco, Inc.'s corporate existence and purpose.

3.Conseco, Inc. is the ultimate parent company of Conseco Senior Health Insurance Company ("Conseco Senior").

4.Conseco, Inc. is not an insurer. It does not issue or administer insurance policies. Conseco, Inc. does not review or approve the insurance policies issued by Conseco Senior.

5.Moreover, Conseco, Inc. does not develop or control the policies and procedures used by Conseco Senior in offering, reviewing, approving, issuing and administering Conseco Senior's insurance policies.

EXHIBIT B

1

6. Conseco, Inc. does not decide whether to deny or pay claims submitted by Conseco Senior's insureds.

7. Conseco, Inc. does not have a contractual relationship with Plaintiffs Sheldon or Estelle Langendorf.

Further affiant sayeth not.

_____
Karl Kindig

Executed on this 20th day of August, 2008

Sworn to and subscribed before me on this the 20th day of August, 2008.

_____
Notary Public
My Commission expires: 2·4·2009

[NOTARIAL SEAL]