**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **SHELDON LANGENDORF and ESTELLE LANGENDORF, individually and On Behalf of All Others Similarly Situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | **CIVIL ACTION NO.** |
| **v.** | ) ) ) | **1:08-cv-03914** |
| **CONSECO SENIOR HEALTH INSURANCE COMPANY and CONSECO, INC.,** | ) ) ) ) | **Honorable Ruben Castillo** |
| **Defendants.** | ) ) | |

**NOTICE OF DEFENDANT CONSECO, INC.'S MOTION TO DISMISS, OR IN THE
ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

TO:    Larry D. Drury, Esq.
       Ilan J. Chorowsky, Esq.
       Larry D. Drury, Ltd.
       205 West Randolph Street
       Suite 1430
       Chicago, Illinois  60606

**PLEASE TAKE NOTICE** that on September 2, 2008 at 9:45 a.m., the undersigned

counsel will appear before the Honorable Judge Ruben Castillo, or any judge sitting in his stead,

in the courtroom usually occupied by him in Room 2141 of the United States District Court for

the Northern District of Illinois, Eastern Division at Chicago, Illinois and present Defendant

Conseco, Inc.'s Motion To Dismiss, Or In The Alternative, Motion For Summary Judgment,

contemporaneously filed herewith.

s/ Paul P. Bolus
Paul P. Bolus (*Pro Hac Vice*)
pbolus@bradleyarant.com
Gary L. Howard (*Pro Hac Vice*)
ghoward@bradleyarant.com
D. Brian O'Dell (*Pro Hac Vice*)
bodell@bradleyarant.com
Jason A. Walters (*Pro Hac Vice*)
jwalters@bradleyarant.com

Bradley Arant Rose & White LLC
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 521-8000
Facsimile:  (205) 521-8800


Bradley S. Levinson
blevinson@condoncook.com
Mark B. Ruda
mruda@condoncook.com

Condon & Cook
745 North Dearborn Street
Chicago, Illinois  60654
Telephone:  (312) 266-1313

*Attorney for Defendants, Conseco Senior Health Insurance Company and Conseco, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Larry D. Drury, Esq.
> Ilan J. Chorowsky, Esq.
> Larry D. Drury, Ltd.
> 205 West Randolph Street
> Suite 1430
> Chicago, Illinois 60606

                                        s/ Paul P. Bolus
                                        OF COUNSEL