UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Shelden Langendorf, et al.
                      Plaintiff,

v.                                                    Case No.: 1:08−cv−03914
                                                    Honorable Ruben Castillo

Conseco Senior Health Insurance Company, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2008:

       MINUTE entry before the Honorable Ruben Castillo:Plaintiff's response to defendant Conseco, Inc.'s motion to dismiss or, in the alternative motion for summary judgment [25] and defendant Conseco Senior Health Insurance Company's motion to dismiss [21] is due on or before 9/29/2008. Defendants' replies will be due on or before 10/15/2008. The Court will rule by mail. Motion hearing set for 9/2/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.