IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHELDON LANGENDORF and ESTELLE LANGENDORF, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  08 CV 3914 |
| CONSECO SENIOR HEALTH INSURANCE COMPANY, CONSECO, INC. and DOES 1-20. | ) ) ) ) | Judge Ruben Castillo

Magistrate Judge Martin C. Ashman |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   All Parties of Record

PLEASE TAKE NOTICE that on the 4th day of September, 2008, the undersigned caused to be electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, Plaintiffs' Responses to Defendant Conseco Senior Health Insurance Company's Affirmative Defenses, a copy of which is electronically served upon you.

/s/ Larry D. Drury

LARRY D. DRURY
LARRY D. DRURY, LTD.
205 West Randolph, Suite 1430
Chicago, IL 60606
(312) 346-7950

**PROOF OF SERVICE**

The undersigned hereby certifies, under oath, that the above referenced notice and Plaintiffs' Responses to Defendant Conseco Senior Health Insurance Compoany's Affirmative Defenses were filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, and electronically served upon all parties of on September 4, 2008.

/s/ Larry D. Drury